## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                   CHAPTER 13 CASE
                                                              NO. 09-32516-DHW

**PAMELA A JOHN**

     **Debtor.**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, Curtis C. Reding, Standing Chapter 13 Trustee in the above-referenced case, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor's plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on September 15, 2009.

2. The debtor's §341 Meeting of Creditors was held October 29, 2009.

3. Confirmation hearing is scheduled for November 30, 2009.

4. At the meeting of creditors, debtor was advised that Max Federal Credit Union filed a secured claim for their 2nd home mortgage. The debtor was to make provisions for the secured claim or object to the claim.

5. As of this date, no amendments providing for the claim or objecting to the claim has been filed.

WHEREFORE, the above premises considered, the Trustee prays that this Honorable Court will deny confirmation of the debtor's plan.

Respectfully submitted this 23rd day of November, 2009.

                                                              /s/ Curtis C. Reding
                                                              Curtis C. Reding
                                                              Standing Chapter 13 Trustee
                                                              ASB #5585-G64C

Office of the
Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-262-8599
Email: redingc@ch13mdal.com

## CERTIFICATE OF SERVICE

      I, Curtis C. Reding, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 23rd day of November, 2009.

                                                  /s/ Curtis C. Reding
                                                  Curtis C. Reding

Pamela A. John
P O Box 20092
Montgomery, AL 36120

Richard D. Shinbaum, Esq.
P O Box 201
Montgomery, AL 36101