UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE                                             Case No. 09-32516
                                                  Chapter 13

PAMELA A. JOHN,

    Debtor.

## ORDER CONDITIONALLY DENYING
## MOTION FOR RELIEF FROM STAY AND OBJECTION TO PLAN

    Creditor Max Credit Union, through counsel, filed a *Motion for Relief from Stay and Objection to Plan* on April 22, 2010. The motion came on for hearing on May 10, 2010, with counsels for creditor and debtor appearing. Following argument, the court made oral findings of fact and conclusions of law in open court. Accordingly, it is

    **ORDERED** that the motion for relief is **CONDITIONALLY DENIED** and the objection to the plan is **OVERRULED.** It is

    **FURTHER ORDERED** as follows:

    1. The debtor shall make all future direct mortgage payments in the month in which the payments become due beginning with the June 1, 2010 payment . In the event the debtor fails to make any payment when due, the Creditor shall provide debtor and debtor's counsel a twenty (20) day written notice of opportunity to cure. If the default is not cured within twenty (20) days from the date that the notice is issued, then the stay shall lift without further order of this court.

    2. The debtor's post-petition default outstanding as of May 10, 2010 of $3,655.27 shall be added to the debtor's plan, which will bring the debtor's post-petition default current. The debtor's plan payment shall be increased to $145.00 bi-weekly with a specified monthly payment to be paid to Creditor in the amount of $150.00.

3. Creditor shall have leave of the court to file a proof of claim for attorney's fees and the appraisal expense incurred by the Creditor in the pursuit of the motion for relief from stay.

DONE this 12th day of May, 2010.

/s/ DWIGHT H. WILLIAMS, JR.
United States Bankruptcy Judge

cc: Debtor
Richard D. Shinbaum, Counsel for Debtor
Paul Beckman, Jr., Counsel for Creditor
Curtis C. Reding, Trustee